FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 22, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 2:08-CR-02084-SAB-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER STRIKING 28 U.S.C. §** |
| JOSE ALREDO ARREDONDO, | **2255 MOTION** |
| Defendant. | |

On May 6, 2020, Defendant filed a *pro se* Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255. ECF No. 123. The Court was concerned that Defendant may have filed his motion under the wrong case number and gave Defendant the opportunity to amend his motion. ECF No 124. On June 1, 2020, Defendant filed a *pro se* Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 in case no. 2:12-CR-02084-SAB. As such, the pending motion is this case is moot.

//
//
//
//
//
//

**ORDER STRIKING 28 U.S.C. § 2255 MOTION** ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, ECF No. 123, is **STRICKEN**.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and forward copies to the Federal Defenders of Eastern District of Washington & Idaho.

**DATED** this 22nd day of July 2020.



Stanley A. Bastian
United States District Judge

**ORDER STRIKING 28 U.S.C. § 2255 MOTION** ~ 2